1  Tanya Moore, Esq. SBN 206683
   Zachary M. Best, SBN 166035
2  MISSION LAW FIRM, A.P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email: service@mission.legal
5
   Attorneys for Plaintiff,
6  Jose Trujillo

7

8                     **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11 JOSE TRUJILLO,                          )  Case No. 5:16-cv-06992-LHK
                                           )
12              Plaintiff,                 )  **NOTICE OF VOLUNTARY DISMISSAL**
                                           )  **OF ENTIRE ACTION**
13       vs.                               )
                                           )
14 REAL DEAL GAS, LLC dba HOMETOWN         )
   GAS; REAL DEAL COMMERCIAL, LLC;         )
15                                         )
                Defendants.                )
16                                         )
                                           )
17 _____  )

18      WHEREAS, Defendants have not filed an answer or motion for summary judgment;

19      WHEREAS, Plaintiff and Defendants have settled the matter;

20      WHEREAS, no counterclaim has been filed;

21      Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal

22 Rule of Civil Procedure 41(a)(1)(A)(i).

23

24 Date: January 24, 2017                  MISSION LAW FIRM, A.P.C.

25
                                           */s/ Tanya E. Moore*
26                                         Tanya E. Moore
                                           Attorneys for Plaintiff,
27                                         Jose Trujillo

28

NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION

Page 1